300 Multiple Choices

Multiple Choices
The document name you requested (/attorneys/assets/opinions/appellate/unpublished/a0351-15.pdf) could not be found on this server.
However, we found documents with names similar to the one you requested.
Available documents:

/attorneys/assets/opinions/appellate/unpublished/a0531-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a3051-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a0358-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0361-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0301-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0381-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a4351-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0350-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0951-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a2351-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0353-15.pdf (mistyped character)

IBM_HTTP_Server at www.judiciary.state.nj.us Port 443